LOUIS G. BOHMRICH, appellant,

*v.*

LUDWIG K. KNOOP, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Knoop* v. *Bohmrich, 4 Dick. Ch. Rep. 82.*

*Mr. John W. Bissell* and *Mr. Gilbert Collins,* for the appellant.

*Mr. James A. Gordon,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—11.

*For reversal*—None.